Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** Russell Watkins          **Case Number:** 0101 1:19CR10279

**Name of Sentencing Judicial Officer:** Honorable Indira Talwani, U.S. District Judge

**Date of Original Sentence:** November 08, 2021

**Original Offense:** Conspiracy to Distribute and to Possess with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841 (b)(1)(D)

**Original Sentence:** 1 Day of custody followed by 24 Months supervised release

**Type of Supervision:** Term of Supervised Release          **Date Supervision Commenced:** November 08, 2021

---

## NON-COMPLIANCE SUMMARY

**Violation Number**        **Nature of Noncompliance**

**I.**                **Violation of Mandatory Condition: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

On November 12, 2021, Mr. Watkins provided a drug test that returned positive for cocaine. Mr. Watkins initially denied illegal drug use, but later admitted he had used cocaine.

U.S. Probation Officer Action:

On November 15, 2021, this undersigned officer was notified that Mr. Watkins' drug test returned positive for cocaine. On November 16, 2021, this officer spoke with Mr. Watkins about the non-compliance. Initially, Mr. Watkins denied using illegal substances, but later admitted that he relapsed. As a result of this non-compliance, Mr. Watkins' testing frequency has been increased and has been referred to Gosnold, Inc. for a mental health and substance evaluation.

At this time, Probation is not seeking any action from the Court. Probation is attempting to provide Mr. Watkins an opportunity to return to compliance with his conditions of release. Should Mr. Watkins commit any additional violations, Your Honor will be notified promptly.

Reviewed/Approved by:                          Respectfully submitted,

*/s/ Gina P Affsa*                              */s/ Julianne Robinson*
Gina P Affsa                                   by  Julianne Robinson
Supervisory U.S. Probation Officer                 U.S. Probation Officer
                                                   Date:  11/23/2021

Prob 12A                                    -2-                        Report on Offender Under Supervision

═══════════════════════════════════════════════════════════════════════════

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ✓ ]   Approved
[   ]   Submit a Request for Modifying the Conditions or Term of Supervision
[   ]   Submit a Request for Warrant or Summons
[   ]   Other

                                              The Honorable Indira Talwani
                                              U.S. District Judge

                                              11/23/2021
                                              Date